*Clark, Judge Advocate General Cramer, Messrs. Robert S. Erdahl, Leon Ulman, William A. Rounds* and *Wm. J. Hughes, Jr.* for respondent.

No. 1071. RINKO *v.* UNITED STATES. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Hayden C. Covington* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1072. FLAKOWICZ *v.* UNITED STATES. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Hayden C. Covington* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1073. PARSONS *v.* UNITED STATES; and
No. 1074. JENSEN *v.* UNITED STATES. April 30, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Hayden C. Covington* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States. Reported below: 146 F. 2d 874.

No. 1075. METZINGER *v.* METZINGER. April 30, 1945. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. John R. Rood* for petitioner. *Mr. Edward Pokorny* filed a brief, as *amicus curiae,* in opposition.